# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134445-6(100)(101)(102)(103)

ERIC A. BRAVERMAN, Successor
Personal Representative of the
Estate of Patricia Swann, Deceased,
            Plaintiff-Appellee,
v

SC: 134445, 134446
COA: 264029, 264091
Wayne CC: 05-502345-NH

GARDEN CITY HOSPITAL, a/k/a
GARDEN CITY HOSPITAL,
OSTEOPATHIC,
            Defendant,
and

JOHN R. SCHAIRER, D.O., GARY
YASHINSKY, M.D., ABHINA V.
RAINA, M.D., and PROVIDENCE
HOSPITAL AND MEDICAL
CENTERS, INC.,
            Defendants-Appellants.
_____/

On order of the Court, the motion to correct the case caption and dismiss Docket No. 134446 is considered, and it is DENIED. The motion to strike the appellants' brief is also DENIED because this Court's September 26, 2007 order granting leave to appeal only directed the parties to "include among the issues to be briefed" the issues specified in the order; there is nothing improper in parties endeavoring to bring recent decisions to the Court's attention. The motion to strike the appellants' appendix is also DENIED because MCR 7.307(A) does not specify a penalty for noncompliance, and the Court is not persuaded that appellants' appendix is defective. The motion to add issue is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2007

_____
Clerk